UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY A. BURTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>E. SILVA, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:25-cv-01164-JLT-SKO<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 6 & 10) |

Plaintiff Jerry A. Burton is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.　INTRODUCTION**

Plaintiff submitted an Application to Proceed In Forma Pauperis By a Prisoner on September 22, 2025. (Doc. 6.)

On September 30, 2025, the Court issued its Findings and Recommendations to Deny Application to Proceed In Forma Pauperis (IFP). (Doc. 10.) The Court found Plaintiff was not entitled to proceed IFP and had sufficient funds to pay the required filing fee for this action. (*Id*. at 2-3.) Therefore, the undersigned recommended the application be denied and Plaintiff be ordered to pay the filing fee within 30 days. (*Id*. at 3.) Plaintiff was advised that any objections were to be filed within 14 days. (*Id*. at 3-4.)

On October 8, 2025, Plaintiff paid the $405 filing fee. (Receipt number 100006210.)

## II.     CONCLUSION AND ORDER

Based on the foregoing, the Court **HEREBY ORDERS:**

1. The Findings and Recommendations issued September 30, 2025 (Doc. 10) are **VACATED**; and

2. The Clerk of the Court is **DIRECTED** to terminate the IFP motion (Doc. 6) filed September 22, 2025.

Plaintiff is advised the Court is required to screen his complaint. *See* 28 U.S.C. § 1915A(a). This Court is one of the busiest district courts in the nation. There are hundreds of pro se prisoner complaints awaiting screening and delays are inevitable. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **October 9, 2025**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

2